WILCO PRODUCTS, INC., Respondent, v. ALUMATIC CORPORATION OF AMERICA, Appellant.— Defendant, a foreign corporation, appearing specially, moved to vacate and set aside a summons and to dismiss the action, on the ground that it is not doing business in this State sufficient to render it amenable to suit. The Special Term made an order referring the motion to an Official Referee to hear and determine and another order denying defendant's motion for reargument. Defendant appeals from both orders. Order referring motion to an Official Referee to hear and determine affirmed, with $10 costs and disbursements. No opinion. Order denying motion for reargument dismissed, without costs. Such an order is not appealable. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

## THIRD DEPARTMENT, MARCH, 1953.

### (March 11, 1953.)

SUSAN A. EDWARDS, Appellant, v. MAURICE M. EDWARDS, Respondent.— Motion to dismiss appeals granted unless record and briefs are filed not later than April 15, 1953, and appeals argued at May, 1953, Term. Appellant's motion for leave to submit typewritten record and briefs is granted, and the error in the title of the notice of appeal dated September 25, 1952, is disregarded as a mere irregularity. (Civ. Prac. Act, § 105.) Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE JACKSON, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Foster, P. J., Bergan, Coon and Halpern, JJ.; Imrie, J., taking no part. [See ante, p. 735.]

In the Matter of the Claim of PETER MACRAKEN, Appellant, against R. & B. LUNCH CO. INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 215.]